IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

RAYNER B., §
 §
 Plaintiff, §
 §
V. § No. 3:17-CV-2137-D
 §
NANCY A. BERRYHILL, §
Acting Commissioner of Social Security, §
 §
 Defendant. §

## **ORDER**

After making an independent review of the pleadings, files, and records in this case and of the findings, conclusions, and recommendation of the United States Magistrate Judge dated July 30, 2018, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings, conclusions, and recommendation of the court.

Accordingly, the final decision of the Commissioner is reversed, and this case is remanded for further administrative proceedings.

August 28, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE